

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Rustin Perot Wright, Appellant

No. 06-24-00081-CV          v.

Ashley Brooke Womack, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 90398). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Rustin Perot Wright, pay all costs incurred by reason of this appeal.

RENDERED JULY 3, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk